WR-82,154-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/26/2015 3:04:26 PM
Accepted 5/27/2015 9:02:54 AM
ABEL ACOSTA
CLERK

WR-82,154-02

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
5/27/2015
ABEL ACOSTA, CLERK

Ex parte KENITH ROBERT EVANS

Petitioner's Motion for Rehearing

of Application of Writ of Habeas Corpus

JASON D. CASSEL
Bar Number: 24006970
jdc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Phone Number: (903) 758-5200
Facsimile Number: (903) 758-7397

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS


Ex parte KENITH ROBERT EVANS


**APPLICANT'S MOTION FOR REHEARING**


TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the Applicant, by and through his Attorney, Jason D. Cassel, and respectfully submits to the Court his Motion for Rehearing in the above entitled and numbered cause.


GROUND FOR REHEARING

The Court dismissed the Application for Writ of Habeas Corpus without written order. In WR-82,154-01, the application was dismissed stating the sentence has been discharged, citing *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010). These two applications are inextricably intertwined and relief in WR-82,154-01 would affect this application. Thus, Counsel requests that the Court grant the motion for rehearing for consideration with WR-82,154-01


Argument and Authorities

This Court dismissed Applicant's Writ of Habeas Corpus. Mr. Evans has filed a motion for rehearing in WR-82,154-01. In this cause, trial counsel filed an affidavit stating that he sure that if he recommended Mr. Evans accept a 20 year sentence, "he must have been looking at a minimum sentence of 25 years had he

gone to trial." CR-51, Affidavit of Steve Kattner. This was based upon the premise that Mr. Evans had another valid felony conviction. Ostensibly, this would have been for the conviction in Cause 25,931-B, the subject of the application for writ of habeas corpus in WR-82,154-01. Thus, the validity of that conviction has a bearing on the advice provided by trial counsel in this cause. Additionally, Mr. Evans is currently under indictment in Gregg County Cause 42,357-B where the conviction at issue here and in WR-82,154-01 are being used as a felony enhancements, making the punishment range to that of 25-99 years or Life. See CR-181, Trial Court's Findings of Fact and Conclusions of Law.

The Court should grant Mr. Evan's motion for rehearing and address the issues raised in the application for writ of habeas corpus of this cause and in WR-82,154-01.

**PRAYER**

WHEREFORE, Applicant prays that the motion for rehearing be granted.

RESPECTFULLY SUBMITTED,

_____
JASON D. CASSEL
Bar Number: 24006970
jdc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Phone Number: (903) 758-5200

Facsimile Number: (903) 758-7397

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that according to the Microsoft Word word count tool this document contains 480 words.

_____
Jason D. Cassel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been hand delivered to the Gregg County District Attorney's Office, on this the __26th___ day of __May_____, 2015.

_____
Jason D. Cassel